# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00233-CV

---

**Bellingham Enterprises, LLC, Appellant**

**v.**

**Colby Constructors, LLC; Travis County Commissioners Court; Andy Brown in his Official Capacity as County Judge; Margaret Gómez in her Official Capacity as County Commissioner; Ann Howard in her Official Capacity as County Commissioner; Brigid Shea in her Official Capacity as County Commissioner; and Jeff Travillion in his Official Capacity as County Commissioner, Appellees**

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003396, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant Bellingham Enterprises, LLC has filed an emergency motion for Rule 29.3 temporary relief. Appellant asks the Court to grant temporary relief, during the pendency of this appeal, and enjoin the Travis County Commissioners Court's "Order of Vacation," vacating a certain drainage easement located in Travis County and recorded as Document 2021127427 in the Official Public Records of Travis County. To preserve the status quo of the appeal while the Court considers the motion for temporary relief, pending further order of this Court, we temporarily enjoin the "Order of Vacation." *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the

appeal . . . .").  The Court requests that appellees file a response to the motion for temporary relief on or before July 8, 2022.  Appellant may file a reply on or before July 15, 2022.

It is ordered on June 24, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith

Filed:  June 24, 2022